■ PORTER WALLACE CORP., Respondent, v HARTFORD INSURANCE GROUP et al., Appellants. [619 NYS2d 548] —Judgment, Supreme Court, New York County (Harold Tompkins, J.), entered on March 23, 1993, unanimously affirmed for the reasons stated by Tompkins, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin, Kupferman and Williams, JJ.